FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 2 2 2007

Stephan Harris, Clerk
Casper

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07 CR 94 - B |
| | ) | |
| Plaintiff, | ) | **Cts.. 1-2:** 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) |
| | ) | (Distribution of Child Pornography) |
| v. | ) | |
| | ) | **Cts. 3-4:** 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) |
| TERRY RICE, | ) | (Possession of Child Pornography) |
| | ) | |
| Defendant. | ) | **Ct. 5:** 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) |
| | ) | (Receipt of Child Pornography) |
| | ) | |
| | ) | **Ct. 6:** 18 U.S.C. § 2422(b) |
| | ) | (Unlawful Enticement of a Minor to |
| | ) | Engage in Illegal Sexual Activity) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 11, 2006, in the District of Wyoming, the Defendant, **TERRY RICE,** did knowingly distribute child pornography in interstate commerce by means of a computer, to wit: via the internet using a computer, the Defendant, **TERRY RICE**, sent an image entitled "tara.jpg," depicting the vagina of a prepubescent female, legs spread, displaying her vagina and anus, to a person he knew as "jaywyteese" utilizing the YAHOO! email system.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

### COUNT TWO

On or about February 2, 2007, in the District of Wyoming, the Defendant, **TERRY RICE,** did knowingly distribute child pornography in interstate commerce by means of a

computer, to wit: via the internet using a computer, the Defendant, **TERRY RICE**, sent an image entitled "- bedspread 9 AM," depicting a prepubescent female lying face down, legs spread, displaying her genitalia and anus, from his computer in Greybull, Wyoming, to a person he knew as "vikeezmom5_10" in Grafton, Illinois.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

### COUNT THREE

On or about February 6, 2007, in the District of Wyoming, the Defendant, **TERRY RICE**, did knowingly possess a Dell Dimension Computer with a Quantum hard drive, Model Fireball Plus AS, bearing serial number 192104930939, containing digital images of child pornography, said digital images including an image entitled "tara .jpg" said image being produced using materials, including the Quantum hard drive, that was mailed, or shipped, or transported in interstate or foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

### COUNT FOUR

On or about February 6, 2007, in the District of Wyoming, the Defendant, **TERRY RICE**, did knowingly possess a Dell Dimension Computer with a Quantum hard drive, Model Fireball Plus AS, bearing serial number 192104930939, containing digital images of child pornography, said digital images including an image entitled "9y_old{1}.mpg," and said images being produced using materials, including the Quantum hard drive, that was mailed, or shipped, or transported in interstate or foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

## COUNT FIVE

On or about March 20, 2006, in the District of Wyoming, the Defendant, **TERRY RICE**, did knowingly receive child pornography that had been mailed, shipped, or transported in interstate commerce, to wit: via the internet using a computer, the Defendant downloaded a digital image file depicting a child engaged in sexually explicit conduct, said digital image file being entitled "9y_old{1}.mpg."

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT SIX

On or about February 2, 2007, and February 3, 2007, in the District of Wyoming, the Defendant, **TERRY RICE,** using a means of interstate commerce, namely, the Internet, did knowingly attempt to cause another to persuade, induce, and entice an individual who has not attained the age of 18 years to engage in sexual activity for which an individual could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

A TRUE BILL:

_____
FOREPERSON

_____
MATTHEW H. MEAD
United States AttorneyMarch 19, 2007 (6:14pm)

## PENALTY SUMMARY - INDICTMENT

DATE:                MARCH 20, 2007

DEFENDANT NAME:      TERRY RICE

## VICTIM:           YES

**OFFENSE AND PENALTIES**:

| | | |
|---|---|---|
| OFFENSE: | Cts. 1 & 2: | **DISTRIBUTION OF CHILD PORNOGRAPHY**<br>18 U.S.C. § 2252(a)(2)(A) and (b)(1) |
| PENALTIES: | | NLT 5 YEARS OR MORE THAN 20 YEARS IMPRISONMENT<br>$250,000.00 FINE<br>UP TO A LIFE TERM OF SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| OFFENSE: | Ct. 3 & 4: | **POSSESSION OF CHILD PORNOGRAPHY**<br>18 U.S.C. § 2252A(a)(5)(B) and (b)(2) |
| PENALTIES: | | NLT 5 YEARS OR MORE THAN 20 YEARS IMPRISONMENT<br>$250,000 FINE<br>UP TO A LIFE TERM OF SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| OFFENSE: | Ct. 5 | **RECEIPT OF CHILD PORNOGRAPHY**<br>18 U.S.C. § 2252A(a)(2)(A), and (b)(1) |
| PENALTIES: | | NLT 5 YEARS OR MORE THAN 20 YEARS IMPRISONMENT<br>$250,000 FINE<br>UP TO A LIFE TERM OF SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| OFFENSE: | Ct. 6 | **ONLINE ENTICEMENT OF A CHILD**<br>18 U.S.C. § 2422(b) |
| PENALTIES: | | NLT 10 YEARS OR MORE LIFE IMPRISONMENT<br>$250,000 FINE<br>UP TO A LIFE TERM OF SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |

**TOTALS:** NLT 10 OR MORE THAN A TERM OF LIFE TERM OF IMPRISONMENT
$1,500,000 FINE
UP TO A LIFE TERM OF SUPERVISED RELEASE
$600 SPECIAL ASSESSMENT

**AGENT:** BOB LEAZENBY   **AUSA:** JIM ANDERSON

**ESTIMATED TIME OF TRIAL:**    **INTERPRETER NEEDED:**

__X__ five days or less          ____ Yes
____ over five days              __X__ No
____ other

**THE GOVERNMENT:**

__X__ will                       ____ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions
____ will not

**SEEK DETENTION IN THIS CASE.**